1212

No. 91–8392. ANDREWS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8394. SMITH v. TAYLOR, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–8396. BORROMEO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–8399. CLINCY v. TOOMBS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 91–8402. JOHNSON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 91–8403. EMANUEL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–4. INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL No. 12, AFL–CIO v. WILSON ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–1641. FEDERAL BUREAU OF INVESTIGATION ET AL. v. WIENER. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–356. MEAD CORP. v. TILLEY ET AL. C. A. 4th Cir. Motion of American Academy of Actuaries et al. for leave to file supplemental brief as *amici curiae* denied. Certiorari denied.

No. 91–545. BURLINGTON NORTHERN RAILROAD CO. v. BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION ET AL. C. A. 9th Cir. Motions of Reservation Telephone Cooperative and Association of American Railroads for leave to file briefs as *amici curiae* granted. Motion of California et al. for leave to file supplemental brief as *amici curiae* denied. Certiorari denied. JUSTICE WHITE would grant certiorari.